# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

BOARD OF TRUSTEES, I.B.E.W. LOCAL )
UNION 508 PENSION FUND, BOARD OF )
TRUSTEES, I.B.E.W. LOCAL UNION 508 )
HEALTH AND WELFARE FUND, )
                                     )
      Plaintiffs, )
                                     )
v. )              CV418-238
                                     )
RABEY ELECTRIC COMPANY, INC., )
                                     )
      Defendant. )

## ORDER

Pursuant to the parties' representations to the Court during their February 21, 2019, telephonic status conference, all deadlines in this case are **STAYED** for 60 days pending the District Judge's decision on plaintiffs' pending motion to approve consent judgment (doc. 8).

**SO ORDERED,** this __21st__ day of February, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA