# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, I.B.E.W. LOCAL UNION 508 PENSION FUND; and BOARD OF TRUSTEES, I.B.E.W. LOCAL UNION 508 HEALTH AND WELFARE FUND,<br><br>    Plaintiff,<br><br>v.<br><br>RABEY ELECTRIC COMPANY, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:18-cv-238 |

## CONSENT FINAL JUDGMENT

WHEREAS, Plaintiffs, the Board of Trustees of the I.B.E.W. Local Union 508 Pension Fund and the Board of Trustees of the I.B.E.W. Local Union 508 Health and Welfare Fund (collectively, the "Plaintiffs"), filed their Complaint in this action on October 10, 2018, alleging, inter alia, claims for relief against Rabey Electric Company, Inc. ("Defendant") for Defendant's breach of two contracts;

WHEREAS, Plaintiffs and Defendant have fully agreed and consented that this Court has jurisdiction over them and the subject matter of this action, and that venue is proper in this Court; and

WHEREAS, Plaintiffs and Defendant have fully agreed and consented to the entry of this Consent Final Judgment as to Defendant without trial or adjudication of any issue of fact or law.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action and of the parties to this action;

2. This Court hereby enters final Judgment in the amount of $214,270.03, less payments received in the amount of $30,000.00, resulting in a total judgment of $184,270.03, in favor of Plaintiffs and against Defendant;

3. Pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is no just reason for delay, and expressly **DIRECTS** the Clerk to enter this Final Judgment forthwith and without further notice in the total amount of $184,270.03 in favor of Plaintiffs and against Defendant, for which let execution issue forthwith.

The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 9th day of April, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA